IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Ethan Wayne Turner, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 21-cv-50056 |
| v. | ) | |
| | ) | Magistrate Judge Lisa A. Jensen |
| Sisomphou Singmouangthong, | ) | |
| | ) | |
| *Defendant*. | ) | |

### ORDER

    REPORT AND RECOMMENDATION: Telephonic status conference held on 4/4/2022. Plaintiff Ethan Wayne Turner did not appear to today's hearing. This is the second time Plaintiff has failed to appear in violation of this Court's orders. Previously, on 3/24/2022, Plaintiff failed to appear at a telephonic status conference. On that date, this Court warned Plaintiff that his failure to appear at the next status hearing on 4/4/2022 may result in a report and recommendation that this case be dismissed for want of prosecution. The Court's order was electronically mailed, as well as mailed via USPS, to Plaintiff at his address on the docket. Plaintiff failed to appear on 4/4/2022 and has not notified the Court or defense counsel of any reason why he was unable to appear. Therefore, it is this Court's report and recommendation that the case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Any objection to this report and recommendation must be filed by 4/18/2022. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff Ethan Wayne Turner. Signed by the Honorable Lisa A. Jensen on 4/4/2022.

Date: 4/4/2022                            By:  *Lisa A. J.*
                                                                          Lisa A. Jensen
                                                                          United States Magistrate Judge