IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Ethan Wayne Turner,<br>　　　Plaintiff, | )<br>) | |
| | ) | Case No. 21 CR 50056 |
| v. | )<br>) | |
| | ) | Judge Iain D. Johnston |
| Sisomphou Singmouangthong,<br>　　　Defendant. | )<br>) | |

**ORDER**

　　Before the Court is Judge Jensen's Report and Recommendation [67] that this case be dismissed for want of prosecution. The basis of the recommendation is that Mr. Turner failed to participate in a telephonic status hearing held 3/24/2022, *see* Dkt. 64, and then also failed to participate in a telephonic status hearing held 4/4/2022, even after being warned that failing to participate would result in a recommendation that the case be dismissed, *see* Dkt. 66. Mr. Turner has filed an objection [68], explaining that he failed to appear on 3/24/2022 because he had been assaulted the day before and spent that night sleeping outside in the snow without a jacket. In support, he attaches what appears to be documentation that he reported a battery to Rockford police on 3/23/2022. However, even if his explanation and documentation excuses his appearance on 3/24/2022, his objection never addresses why he also failed to participate in the 4/4/2022 telephonic status hearing after being warned that if he failed to participate, his case would be dismissed. The Report and Recommendation identifies no efforts by Mr. Turner either before or after the 3/24/2022 and 4/4/2022 status hearings to contact Judge Jensen's chambers about being unable to participate. In the past, Judge Jensen had rescheduled a hearing to accommodate Mr. Turner's inability to participate because of his homelessness. *See* Dkt. 40. Repeatedly rescheduling status hearings because of Mr. Turner's failure to participate strains the court's limited resources and delays its ability to serve other litigants who meet deadlines and attend hearings. Mr. Turner has filed over a dozen cases in the Northern District of Illinois. His cavalier attitude toward court orders and the court's time cannot be tolerated. Accordingly, the Court overrules Mr. Turner's objection [68], accepts Judge Jensen's Report and Recommendation [67], and dismisses this case for want of prosecution under Fed. R. Civ. P. 41(b). Mr. Turner's motion to proceed to trial [69] is denied as moot. The Clerk is directed to enter judgment. Civil case terminated.

Date: April 19, 2022　　　By: _____
　　　　　　　　　　　　　　　　Iain D. Johnston
　　　　　　　　　　　　　　　　United States District Judge